UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PAMELA MILLER, on behalf of herself and all others similarly situated | : : : | CIVIL ACTION |
| Plaintiff | : : | |
| v. | : | NO. 3:18-cv-13624-GC-DEA |
| I.C. SYSTEM, INC aka IC SYSTEM | : : | **CONSENT ORDER** |
| Defendant | : | |

WHEREAS, pursuant to the Conference Call held before the Hon. Douglas E. Arpert on May 17, 2022:

WHEREAS, in light of the recent United State Supreme Court decision in Transunion, LLC v. Ramirez, 141 S. Ct. 2190 (2021) which addressed what constitutes concrete injury for purposes of Article III standing for cases such as the present one,

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties, and the Court hereto, that:

1. This Court lacks and has lacked Article III subject matter jurisdiction to hear this matter; and,

2. Plaintiff's Complaint shall be dismissed, without prejudice, for lack of Article III Standing.

| | |
|---|---|
| **LAWRENCE C. HERSH, ESQUIRE** | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
| By: _s/ Lawrence C. Hersh_<br>Lawrence C. Hersh, Esquire<br>*Attorney for Plaintiff* | By: _s/ Graeme E. Hogan_<br>Richard J. Perr, Esquire<br>Graeme E. Hogan, Esquire<br>*Attorneys for Defendant I.C. System, Inc.* |
| Dated: 5/23/2022 | Dated: 5/23/22 |

**BY THE COURT:**

**IT IS SO ORDERED:**

5/23/2022

_Georgette Castner_
Georgette Castner, USDJ

4892-6987-5744, v. 1